1  Garrett V. Jensen, State Bar No. 242874
   gjensen@cdflaborlaw.com
2  Serafin Tagarao, State Bar No. 289885
   stagarao@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   18300 Von Karman Avenue, Suite 800
4  Irvine, CA 92612
   Telephone: (949) 622-1661
5  Facsimile: (949) 622-1669

6  Attorneys for Defendant
   ESTES FORWARDING WORLDWIDE, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  GISELLE KIRKLAND, on behalf of herself, all others similarly situated,<br>12<br>              Plaintiff,<br>13       vs.<br>14  ESTES FORWARDING WORLDWIDE LLC, a Virginia limited liability company; and<br>15  DOES 1 through 50, inclusive,<br>16              Defendant. | Case No. 3:18-cv-7324<br><br>**DEFENDANT ESTES FORWARDING WORLDWIDE, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. SECTION 1331 (FEDERAL QUESTION JURISDICTION)**<br><br>Action Filed:   August 30, 2018 |

17
18
19
20
21
22
23
24
25
26
27
28

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
2  COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL
3  PARTIES AND THEIR ATTORNEYS OF RECORD:

4  PLEASE TAKE NOTICE that Defendant ESTES FORWARDING
5  WORLDWIDE, LLC ("EFW") hereby removes the state court action to this Court
6  pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and as described below.  The
7  following is a short and plain statement of the grounds for removal:

8  1.  Plaintiff Giselle Kirkland ("Plaintiff") filed a Complaint against EFW in
9  the Superior Court of California for the County of San Francisco ("Superior Court")
10 titled *Giselle Kirkland v. Estes Forwarding Worldwide, LLC; and Does 1 through
11 50, inclusive* on August 30, 2018.  The San Francisco Superior Court docketed the
12 matter as Case No. CGC-18-569316 (the "State Court Action").  On November 2,
13 2018, Plaintiff filed the operative First Amended Complaint ("FAC").

14 2.  On November 5, 2018, EFW was served with a copy of the FAC.[1]
15 Attached hereto as **Exhibit A** are true and correct copies of the documents served on
16 EFW.

17 3.  EFW timely filed an Answer to Plaintiff's FAC in the Superior Court on
18 December 3, 2018.  Attached hereto as **Exhibit B** is a true and correct copy of
19 EFW's Answer in the State Court Action.  The documents attached hereto as
20 Exhibits A and B consist of all process, pleadings, and orders received by EFW or
21 served by EFW in the State Court Action.

22 **Federal Question Jurisdiction.**

23 4.  This Court has original jurisdiction over this action under 28 U.S.C.
24 § 1331, because federal question jurisdiction exists under 28 U.S.C. § 1441(a) in that
25 ///

26 ―――――――――――
27 [1] EFW reserves, and does not waive, any objection it may have to service,
28 jurisdiction, or venue, and any and all other defenses of objections to the Action.

Plaintiff's claims arise under the federal Fair Credit and Reporting Act ("FCRA") pursuant to 15 U.S.C. § 1681, *et seq.*

## I. THE COURT HAS ORIGINAL JURISDICTION UNDER 28 U.S.C. §§ 1331 and 1441(a) (FEDERAL QUESTION)

6.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by EFW pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action arising under the laws of the United States as follows:

   a.  Plaintiff alleges that EFW did not provide legally compliant disclosure and authorization forms to Plaintiff and the putative class in violation of the FCRA, 15 U.S.C. §§ 1681b(b)(2)(A), 1681d(a)(1), and 1681g(c). *See* FAC at p. 7, ¶ 24, p. 10-17, ¶¶ 47-80.

   b.  Because Plaintiff alleges that EFW's conduct violated her rights, and the rights of other individuals similarly situated, under a federal statute, the FCRA, this Court has original jurisdiction over this action. 28 U.S.C. § 1331 ("district courts shall have original jurisdiction of all actions arising under the Constitution, laws, or treaties of the United States").

   c.  Plaintiff alleges nine other claims, on behalf of herself and other individuals similarly situated, against EFW for violations of California's Investigative Consumer Reporting Agencies Act (ICRAA) and Consumer Credit Reporting Agencies Act (CCRAA) as well as California wage-and-hour statutes. *See* FAC generally. Plaintiff's alleged claims arise from the same case or controversy. The Court has supplemental jurisdiction over the state law claims and their inclusion does not defeat removal. 28 U.S.C. §§ 1367(a), 1441(c). Because Plaintiff's state law claims are joined with claims arising under federal question jurisdiction, this entire action may be removed under 28 U.S.C. § 1441(c) on the basis of federal question jurisdiction alone due to the fact that this Court has original jurisdiction

///

1  over Plaintiff's FCRA claims under 28 U.S.C. § 1331, and supplemental jurisdiction
2  over Plaintiff's state law claims under 28 U.S.C. § 1367.

### The Removal Is Timely.

4      7.    Plaintiff's FAC, which alleges a federal claim pursuant to the FCRA (15
5  U.S.C. §§ 1681, *et seq.*), was served on EFW on November 5, 2018.  EFW has
6  timely filed its Notice of Removal within 30 days of receiving service of Plaintiff's
7  FAC.  28 U.S.C. § 1446(b)(1).

8      8.    EFW will promptly serve on Plaintiff this Notice of Removal to Federal
9  Court and will file same with the Superior Court.

### Conclusion

11     9.    WHEREFORE, EFW removes the original action brought by Plaintiff,
12 which now is pending in the Superior Court of the State of California for the County
13 of San Francisco, to this Court.

Dated:  December 5, 2018    CAROTHERS DISANTE & FREUDENBERGER LLP

By: /s/ Garrett V. Jensen
    Garrett V. Jensen
Attorneys for Defendant
ESTES FORWARDING WORLDWIDE, LLC