UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GISELLE KIRKLAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESTES FORWARDING WORLDWIDE, LLC,<br><br>Defendant. | Case No. 18-cv-07324-LB<br><br>**ORDER REMANDING CASE**<br><br>Re: ECF No. 11 |

The defendant removed this case to federal court on December 5, 2018.[1] On December 20, 2018, the plaintiff moved to remand the case, and on January 3, 2019, the defendant filed a statement of non-opposition on the ground that the plaintiff and the putative class members have no Article III standing because they did not suffer a concrete harm.[2] The court decides the motion without oral argument under Civil Local Rule 7-1(b). Because the plaintiff and the putative class do not have Article III standing, the court grants the motion and remands the case to the Superior Court of California, County of San Francisco.

---

[1] Notice of Removal – ECF No. 1 at 2–3 (¶4). Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Mot. – ECF No. 11 at 3; Response – ECF No. 14 at 4.

ORDER – No. 18-cv-07324-LB

1 | This disposes of ECF No. 11.

2 | **IT IS SO ORDERED.**

3 | Dated: January 13, 2019

LAUREL BEELER
United States Magistrate Judge